



Judicial Links　|　eFiling　|　Help　|　Contact Us　|　Print　　GrantedPublicAccess　Logoff BMK_MLK2011

## 19SL-CC02291 - ANGIE H PINCKNEY V SANSONE GROUP (E-CASE)

| Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/ Execution |

This information is provided as a service and is not considered an official court record.

**Click here to eFile on Case**

**Click here to Respond to Selected Documents**

Sort Date Entries: ◉ Descending　○ Ascending

Display Options: | All Entries ▾ |

---

**09/26/2019**　☐　**Entry of Appearance Filed**

　　Entry of Appearance; Electronic Filing Certificate of Service.
　　　**Filed By:** BRYAN MICHAEL KAEMMERER

　　　☐　**Entry of Appearance Filed**

　　Entry of Appearance; Electronic Filing Certificate of Service.
　　　**Filed By:** BRIAN EDWARD MCGOVERN

---

**08/30/2019**　☐　**Corporation Served**

　　Document ID - 19-SMCC-6951; Served To - SANSONE GROUP; Server - RINEHART, WILLIAM;
　　Served Date - 29-AUG-19; Served Time - 00:00:00; Service Type - Territory 22; Reason Description - Served; Service Text - LC

---

**08/07/2019**　☐　**Alias Summons Issued**

　　Document ID: 19-SMCC-6951, for SANSONE GROUPSummons Attached in PDF Form for Attorney to
　　Retrieve from Secure Case.Net and Process for Service.

---

**07/30/2019**　☐　**Note to Clerk eFiling**

　　　**Filed By:** ANDREW DENNIS SANDRONI

　　　☐　**Alias Summons Requested**

　　Request for Alias Summons.
　　　**Filed By:** ANDREW DENNIS SANDRONI
　　　**On Behalf Of:** ANGIE H PINCKNEY

---

**07/09/2019**　☐　**Judge/Clerk - Note**

　　NO SUMMONS ISSUED. PLEASE RESUBMIT REQUEST WITH EITHER $36 FOR SERVICE BY ST
　　LOUIS COUNTY SHERIFF OR A COMPLETED SPECIAL PROCESS SERVER FORM.

---

**06/27/2019**　☐　**Summ Req-Circuit Pers Serv**

　　Request for Summons.
　　　**Filed By:** ANDREW DENNIS SANDRONI
　　　**On Behalf Of:** ANGIE H PINCKNEY

---

**06/11/2019**　☐　**Judge/Clerk - Note**

　　NO SUMMONS ISSUED. PLEASE PAY ADDITIONAL $36.00 FOR SERVICE BY SHERIFF OR
　　SUBMIT MSPOS FORM.

---

**06/07/2019**　☐　**Filing Info Sheet eFiling**

　　　**Filed By:** ANDREW DENNIS SANDRONI

**EXHIBIT 2**

Case: 4:19-cv-02654   Doc. #:   1-2   Filed: 09/27/19   Page: 2 of 14 PageID #: 8

**Pet Filed in Circuit Ct**

Complaint for Race-Based Employment Discrimination; Exhibit A.
**Filed By:** ANDREW DENNIS SANDRONI
**On Behalf Of:** ANGIE H PINCKNEY

**Judge Assigned**
DIV 1

Case.net Version 5.14.0.13                     Return to Top of Page                     Released 09/10/2019

Electronically Filed - St Louis County - June 07, 2019 - 04:34 PM

IN THE CIRCUIT COURT OF THE COUNTY OF ST. LOUIS
STATE OF MISSOURI

| | | |
|---|---|---|
| Angie H. Pinckney | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Sansone Group | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | **Jury Trial Demand** |

Serve Registered Agent at:

Sansone Group
120 South Central, Suite 500
St. Louis MO 63105

## COMPLAINT FOR RACE-BASED EMPLOYMENT DISCRIMINATION

Plaintiff, Angie H. Pinckney, by and through her attorneys, alleges the following against Defendant, Sansone Group:

1. This action is brought pursuant to Missouri Revised Statute Sec. 213.010 *et. seq.* and Title VII of the Civil Rights Act of 1964, amended (42 U.S.C. §2000e, *et seq.*). The jurisdiction of this Court is invoked to secure protection of and redress deprivation of rights guaranteed by state law, which rights provide for injunctive and other relief for illegal discrimination in employment.

2. Plaintiff is an adult African American female and a citizen of the United States who during all relevant times mentioned herein resided in St. Louis.

3. Defendant is an employer in the County of Saint Louis, State of Missouri and at the time that the alleged acts of discrimination occurred. Defendant is, and at all times relevant to

1

Electronically Filed - St Louis County - June 07, 2019 - 04:34 PM

these pleadings an employer within the State of Missouri, County of Saint Louis and within this Court's jurisdiction pursuant to Missouri Revised Statute Sec. 213.010 *et. seq.* and Title VII of the Civil Rights Act of 1964, as amended, (42 U.S.C. §2000e, *et seq.*) engaging in an industry affecting commerce and employed more than twenty (20) regular employees.

4.  Plaintiff was employed by Defendant on May 25, 2017 until her dismissal on February 18, 2019. At all times relevant hereto, Plaintiff's job performance was more than satisfactory.

5.  Defendant engaged in policies and practices which willfully, intentionally and unlawfully racially harassed Plaintiff.  These practices and policies include but are not limited to; not supporting Plaintiff in conflicts with subordinates, not supporting Plaintiff by hiring competent maintenance personnel, and blaming Plaintiff for maintenance issues she had no control over.  That Defendant made promises to Plaintiff upon hiring and set goals based on those promises. That Defendant failed to keep said promises after the goals were met because of Plaintiff's race and gender.

6.  Plaintiff has no plain, adequate or complete remedy at law to redress the wrongs alleged herein and this action for a permanent injunction and other relief is her only means of securing adequate relief.  Plaintiff is suffering and will continue to suffer irreparable injury as a result of the acts of Defendant.

7.  As a result of Defendant's conduct as above mentioned, Plaintiff has suffered lost income, lost fringe benefits including health care, lost seniority, emotional distress and has incurred expenses in pursuing this matter.

Electronically Filed - St Louis County - June 07, 2019 - 04:34 PM

8.  As a result of Defendant's conduct as mentioned above, Plaintiff will continue to suffer lost income, lost fringe benefits, lost seniority and to incur expenses in the future, as well as emotional distress.

9.  Plaintiff has filed a timely charge of discrimination with the Missouri Commission on Human Rights and the EEOC, and has met all administrative prerequisites for the bringing of this action, see **Dismissal and Notice of Rights** letter from the EEOC dated 3-27-2019 attached.

WHEREFORE, Plaintiff requests that this Honorable Court advance this case on the docket, order a hearing at the earliest practical date, and upon such hearing;

(A)  Issue an order awarding Plaintiff lost pay, pre-judgment interest, fringe benefits, and any other appropriate relief necessary to make Plaintiff whole and compensate her for the civil rights violations described above;

(B)  Award Plaintiff front pay, back pay, fringe benefits, and other compensation; and any and all other benefits that Plaintiff has lost as a result of Defendant's violation of her civil rights.

(C)  Award Plaintiff the costs of this action, including reasonable attorney's fees, and such other legal and equitable relief as this Court deems just and proper.

RESPECTFULLY SUBMITTED BY

O'GORMAN & SANDRONI PC

/s/Andrew D. Sandroni
Andrew D. Sandroni    #4256
Attorney for Plaintiff
3350 Greenwood Blvd.
Maplewood, MO 63143
314-645-5900
Andrew@commonsenselaw.net

3

19SL-CC02291

Electronically Filed - St Louis County - June 07, 2019 - 04:34 PM

EEOC Form 161 (11/16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

To: Angie H. Pinckney
2270 Central Parkway Dr
Florissant, MO 63031

From: St. Louis District Office
1222 Spruce Street
Room 8.100
Saint Louis, MO 63103

☐ On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 560-2019-00836 | Damian Rodriguez, Investigator | (314) 539-7926 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

## - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

*for* Lloyd J. Vasquez, Jr.,
**Acting District Director**

MAR 2 7 2019

(Date Mailed)

Enclosures(s)

cc:    Anthony F. Sansone, Sr.
Principal, Chairman and CEO
SANSONE GROUP
120 South Central, Suite 500
Saint Louis, MO 63105

Electronically Filed - St Louis County - June 27, 2019 - 12:19 PM

**IN THE ASSOCIATE CIRCUIT COURT OF THE COUNTY OF ST. LOUIS**
**STATE OF MISSOURI**

| | | |
|---|---|---|
| Angie H. Pinckey | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No:  19SL-CC02291 |
| | ) | |
| Sansone Group | ) | |
| Defendant. | ) | |

## REQUEST FOR SUMMONS TO ISSUE

Please issue a summons to the Defendant listed below to be served at the following address:

Sansone Group
120 South Central, Suite 500
St. Louis, MO  63105

Respectfully submitted:

O'GORMAN & SANDRONI P.C.
ATTORNEYS AND COUNSELORS AT LAW

/S/ Andrew D. Sandroni
ANDREW D. SANDRONI  #35105
Attorney for Defendants
3350 Greenwood Blvd.
Maplewood, MO 63143
June 27, 2019
(314) 645-5900 Phone
Andrew@commonsenselaw.net

Electronically Filed - St Louis County - July 30, 2019 - 09:11 AM

**IN THE ASSOCIATE CIRCUIT COURT OF THE COUNTY OF ST. LOUIS
STATE OF MISSOURI**

Angie H. Pinckey                )
Plaintiff,                )
                      )
v.                    )     Case No:  19SL-CC02291
                      )
Sansone Group            )
Defendant.             )

### <u>REQUEST FOR SUMMONS TO ISSUE</u>

     Please issue a summons to the Defendant listed below to be served at the following
address:

Sansone Group
120 South Central, Suite 500
St. Louis, MO  63105

                           Respectfully submitted:

                           O'GORMAN & SANDRONI P.C.
                           ATTORNEYS AND COUNSELORS AT LAW

                           <u>/S/ Andrew D. Sandroni</u>
                           ANDREW D. SANDRONI  #35105
                           Attorney for Defendants
                           3350 Greenwood Blvd.
                           Maplewood, MO 63143
                           July 29, 2019
                           (314) 645-5900 Phone
                           Andrew@commonsenselaw.net



# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| | | |
|---|---|---|
| Judge or Division:<br>BRIAN H MAY | Case Number:  19SL-CC02291 | **SHERIFF FEE PAID** |
| Plaintiff/Petitioner:<br>ANGIE H PINCKNEY<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>ANDREW DENNIS SANDRONI<br>3350 GREENWOOD BLVD<br>MAPLEWOOD, MO  63143 | |
| Defendant/Respondent:<br> SANSONE GROUP | Court Address:<br>ST LOUIS COUNTY COURT BUILDING | |
| Nature of Suit:<br>CC Employmnt Discrmntn 213.111 | 105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO  63105 | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to:  SANSONE GROUP
        **Alias:**
**120 SOUTH CENTRAL, SUITE 500**
**ST. LOUIS, MO  63105**



*COURT SEAL OF*

*ST. LOUIS COUNTY*

        You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service.  If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.
        **SPECIAL NEEDS:  If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.**

<u>07-AUG-2019</u>
**Date**
                                                 /Clerk

**Further Information:**

### Sheriff's or Server's Return

**Note to serving officer:**  Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by:  (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with
_____ a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
_____ (name) _____(title).
☐ other _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____     _____
         Printed Name of Sheriff or Server                            Signature of Sheriff or Server
                 **Must be sworn before a notary public if not served by an authorized officer:**

                 Subscribed and sworn to before me on _____ (date).
*(Seal)*
                 My commission expires: _____     _____
                                  Date                               Notary Public

| **Sheriff's Fees, if applicable** | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $_____10.00_____ |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | **$_____** |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent.  For methods of service on all classes of suits, see Supreme Court Rule 54.

**THE CIRCUIT COURT OF ST. LOUIS COUNTY, MISSOURI**

Twenty First Judicial Circuit

**NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES**

**Purpose of Notice**

As a party to a lawsuit in this court, you have the right to have a judge or jury decide your case. However, most lawsuits are settled by the parties before a trial takes place. This is often true even when the parties initially believe that settlement is not possible. A settlement reduces the expense and inconvenience of litigation. It also eliminates any uncertainty about the results of a trial.

Alternative dispute resolution services and procedures are available that may help the parties settle their lawsuit faster and at less cost. Often such services are most effective in reducing costs if used early in the course of a lawsuit. Your attorney can aid you in deciding whether and when such services would be helpful in your case.

**Your Rights and Obligations in Court Are Not Affected By This Notice**

You may decide to use an alternative dispute resolution procedure if the other parties to your case agree to do so. In some circumstances, a judge of this court may refer your case to an alternative dispute resolution procedure described below. These procedures are not a substitute for the services of a lawyer and consultation with a lawyer is recommended. Because you are a party to a lawsuit, you have obligations and deadlines which must be followed whether you use an alternative dispute resolution procedure or not. **IF YOU HAVE BEEN SERVED WITH A PETITION, YOU MUST FILE A RESPONSE ON TIME TO AVOID THE RISK OF DEFAULT JUDGMENT, WHETHER OR NOT YOU CHOOSE TO PURSUE AN ALTERNATIVE DISPUTE RESOLUTION PROCEDURE.**

**Alternative Dispute Resolution Procedures**

There are several procedures designed to help parties settle lawsuits. Most of these procedures involve the services of a neutral third party, often referred to as the "neutral," who is trained in dispute resolution and is not partial to any party. The services are provided by individuals and organizations who may charge a fee for this help. Some of the recognized alternative dispute resolutions procedures are:

**(1) Advisory Arbitration:** A procedure in which a neutral person or persons (typically one person or a panel of three persons) hears both sides and decides the case. The arbitrator's decision is not binding and simply serves to guide the parties in trying to settle their lawsuit. An arbitration is typically less formal than a trial, is usually shorter, and may be conducted in a private setting at a time mutually agreeable to the parties. The parties, by agreement, may select the arbitrator(s) and determine the rules under which the arbitration will be conducted.

**(2) Mediation:** A process in which a neutral third party facilitates communication between the parties to promote settlement. An effective mediator may offer solutions that have not been considered by the parties or their lawyers. A mediator may not impose his or her own judgment on the issues for that of the parties.

CCADM73

**(3) Early Neutral Evaluation ("ENE"):** A process designed to bring the parties to the litigation and their counsel together in the early pretrial period to present case summaries before and receive a non-binding assessment from an experienced neutral evaluator.  The objective is to promote early and meaningful communication concerning disputes, enabling parties to plan their cases effectively and assess realistically the relative strengths and weaknesses of their positions.  While this confidential environment provides an opportunity to negotiate a resolution, immediate settlement is not the primary purpose of this process.

**(4) Mini-Trial:** A process in which each party and their counsel present their case before a selected representative for each party and a neutral third party, to define the issues and develop a basis for realistic settlement negotiations.  The neutral third party may issue an advisory opinion regarding the merits of the case.  The advisory opinion is not binding.

**(5) Summary Jury Trial:** A summary jury trial is a non binding, informal settlement process in which jurors hear abbreviated case presentations.  A judge or neutral presides over the hearing, but there are no witnesses and the rules of evidence are relaxed.  After the "trial", the jurors retire to deliberate and then deliver an advisory verdict.  The verdict then becomes the starting point for settlement negotiations among the parties.

## Selecting an Alternative Dispute Resolution Procedure and a Neutral

If the parties agree to use an alternative dispute resolution procedure, they must decide what type of procedure to use and the identity of the neutral.  As a public service, the St. Louis County Circuit Clerk maintains a list of persons who are available to serve as neutrals.  The list contains the names of individuals who have met qualifications established by the Missouri Supreme Court and have asked to be on the list.  The Circuit Clerk also has Neutral Qualifications Forms on file.  These forms have been submitted by the neutrals on the list and provide information on their background and expertise.  They also indicate the types of alternative dispute resolution services each neutral provides.

A copy of the list may be obtained by request in person and in writing to: Circuit Clerk, Office of Dispute Resolution Services, 105 South Central Ave., 5th Floor, Clayton, Missouri 63105.  The Neutral Qualifications Forms will also be made available for inspection upon request to the Circuit Clerk.

The List and Neutral Qualification Forms are provided only as a convenience to the parties in selecting a neutral.  The court cannot advise you on legal matters and can only provide you with the List and Forms. You should ask your lawyer for further information.

CCADM73



## IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

*S B*
*9 6*

| Judge or Division: BRIAN H MAY | Case Number: 19SL-CC02291 | **SHERIFF FEE PAID** |
|---|---|---|
| Plaintiff/Petitioner: ANGIE H PINCKNEY | Plaintiff's/Petitioner's Attorney/Address ANDREW DENNIS SANDRONI 3350 GREENWOOD BLVD MAPLEWOOD, MO 63143 | |
| Defendant/Respondent: SANSONE GROUP | Court Address: ST LOUIS COUNTY COURT BUILDING 105 SOUTH CENTRAL AVENUE CLAYTON, MO  63105 | |
| Nature of Suit: CC Employmnt Discrmntn 213.111 | | |

**FILED**
(Sheriff Stamp)

### Summons in Civil Case

**SEP - 5 2019**

The State of Missouri to: SANSONE GROUP
Alias:
120 SOUTH CENTRAL, SUITE 500
ST. LOUIS, MO 63105

**JOAN M. GILMER**
**CIRCUIT CLERK, ST LOUIS COUNTY**

*COURT SEAL OF*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service.  If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

SPECIAL NEEDS:  If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.

*ST. LOUIS COUNTY*

__07-AUG-2019__
Date

Further Information:

_____ Clerk

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ DAWN _____ (name)  MANAGER _____ (time).

☐ other _____

Served at _____ 572 _____ 120 SOUTH CENTRAL (address)

in _____ 572 _____ (County/City of St. Louis), MO, on  8/29/19  (date) at  9A  (time).

**William Rinehart**
Printed Name of Sheriff or Server                    Signature of Sheriff or Server

**Deputy Sheriff**

Must be sworn before a notary public if not served by an authorized officer:

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____
Date                                  Notary Public

**RECEIVED**
**2019 AUG**
**ST. LOUIS COUNTY SHERIFF OFFICE**
**PM 4: 12**

**AUG 1 2 2019**

| Sheriff's Fees, if applicable | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $ 10.00 |
| Mileage | $_____  (_____ miles @ $._____ per mile) |
| **Total** | $_____ |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent.  For methods of service on all classes of suits, see Supreme Court Rule 54.

Electronically Filed - St Louis County - September 26, 2019 - 03:55 PM

**IN THE  21ST JUDICIAL CIRCUIT  COURT,  ST. LOUIS COUNTY , MISSOURI**

| |
|---|
| Angie Pinckney,<br><br>          Plaintiff,<br><br>                              vs.<br><br>Sansone Group,<br><br>          Defendant. |
| Case Number:  19SL-CC02291 |

## Entry of Appearance

Comes now undersigned counsel and enters his/her appearance as attorney of record for Sansone Group, Defendant, in the above-styled cause.

/s/ Brian E. McGovern
Brian Edward Mcgovern
Mo Bar Number: 34677
Attorney for Defendant
825 Maryville Centre Drive
Suite 300
Town & Country, MO 63017-5946
Phone Number: (314) 392-5200
bmcgovern@mlklaw.com

**Certificate of Service**

I hereby certify that on  September 26th, 2019 , a copy of the foregoing was sent through the Missouri eFiling system to the registered attorneys of record and to all others by facsimile, hand delivery, electronic mail or U.S. mail postage prepaid to their last known address.

/s/ Brian E. McGovern
Brian Edward Mcgovern

Electronically Filed - St Louis County - September 26, 2019 - 03:56 PM

**IN THE  21ST JUDICIAL CIRCUIT  COURT, _____ ST. LOUIS COUNTY _____, MISSOURI**

| |
|---|
| Angie Pinckney, <br><br>         Plaintiff, <br><br>                     vs. <br><br> Sansone Group, <br><br>         Defendant. |
| Case Number:  19SL-CC02291 |

## Entry of Appearance

Comes now undersigned counsel and enters his/her appearance as attorney of record for Sansone Group, Defendant, in the above-styled cause.


                    /s/ Bryan M. Kaemmerer
                    Bryan Michael Kaemmerer
                    Mo Bar Number: 52998
                    Attorney for Defendant
                    825 Maryville Centre Drive
                    Suite 300
                    Town & Country, MO 63017-5946
                    Phone Number: (314) 392-5200
                    bkaemmerer@mlklaw.com

### Certificate of Service

I hereby certify that on _____ September 26th, 2019 _____, a copy of the foregoing was sent through the Missouri eFiling system to the registered attorneys of record and to all others by facsimile, hand delivery, electronic mail or U.S. mail postage prepaid to their last known address.


                    /s/ Bryan M. Kaemmerer
                    Bryan Michael Kaemmerer